IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO.  2:11-cv-320-TMH |
| ) | WO |
| JIMMY POOLE, *et al.*, ) | |
| ) | |
| Defendants.  ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on September 21, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #9) filed on September 13, 2011 is adopted;

3. Plaintiff's motion to proceed *in forma pauperis* is GRANTED.

4. Plaintiff's claims are DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B) and lack of jurisdiction.

4. Any outstanding motions are DENIED as moot.

DONE this the 31st day of January, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE